IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00420-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE LUIS LOPEZ-RODRIGUEZ,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the change of plea hearing previously set for Friday, December 11, 2009 at 11:00 a.m. is reset for **December 17, 2009 at 9:00 a.m.** It is further

    ORDERED that the trial scheduled for December 14, 2009 is VACATED.

    DATED December 9, 2009.